1  MELINDA HAAG  (CABN 132612)
   United States Attorney

2  MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  CYNTHIA STIER (DCBN 423256)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7000
7      Fax:       (415) 436-7009

8  Attorneys for United States of America

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                          OAKLAND DIVISION

12  UNITED STATES OF AMERICA,        )   NO: CR-12-00645-SBA
                                     )
13        Plaintiff,                 )
                                     )   STIPULATION AND ORDER
14        v.                         )   RESCHEDULING INITIAL
                                     )   APPEARANCE ON INDICTMENT
15  ROSA LEE BANUELOS,               )
                                     )
16        Defendant.                 )
                                     )
17

18        Plaintiff, United States of America, and Defendant, Rosa Lee Banuelos, hereby stipulate

19  and agree to the following:

20        1.     That the initial appearance of Rosa Lee Banuelos on the Indictment filed August

21  29, 2012, charging her with violations of 26 U.S.C. §§7206(2) and 7206(1), currently scheduled

22  //
23  //
24  //
25  //
26  //
27  //
28  //

for September 14, 2012, at 9:30, be **rescheduled to Thursday, September 13, 2012, at 9:30**, Courtroom 4, Third Floor, U.S. District Court, Oakland, California, before U.S. Magistrate Judge Donna M. Ryu.

SO STIPULATED:

                                             MELINDA HAAG
                                             United States Attorney

                                             /s/
                                             CYNTHIA L. STIER
                                             Assistant United States Attorneys
                                             Attorneys for the United States

                                             /s/
                                             HENRY WYKOWSKI
                                             Appearing specially for
                                             Rosa Lee Banuelos, Defendant

## ORDER

Pursuant to the Stipulation of the Parties, the initial appearance of Rosa Lee Banuelos on the Indictment filed August 29, 2012, charging her with violations of 26 U.S.C. §§7206(2) and 7206(1), currently scheduled for September 14, 2012, at 9:30, is **rescheduled to Thursday, September 13, 2012, at 9:30,** Courtroom 4, Third Floor, U.S. District Court, Oakland, California.

**SO ORDERED this 6th day of September, 2012.**

_____
DONNA M. RYU
U.S. Magistrate Judge

Stip & Order Rescheduling initial
Appearance On Indictment
(No. CR-12-00645-SBA)        2