Henry G. Wykowski (State Bar No. 068255)
HENRY G. WYKOWSKI & ASSOCIATES
235 Montgomery Street, Suite 657
San Francisco, CA 94104
Telephone: (415) 788-4545
Facsimile: (415) 788-4546

*Attorneys for Defendant*
ROSA LEE BANUELOS

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 12-645-SBA |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED]** <br> **ORDER RESCHEDULING SENTENCING** |
| ROSA LEE BANUELOS, | |
| Defendant. | |

WHEREAS, the Court has scheduled sentencing in this matter for June 6, 2016.

WHEREAS, counsel for the defendant is commencing a specially set trial in the United States Tax Court on June 3, 2016 which is scheduled to take two weeks, and therefore will not be available on June 6, 2016;

WHEREAS, AUSA Cynthia Stier has no objection to this matter being continued because of counsel's unavailability;

WHEREAS, U.S. Probation Officer Brian Casai has no objection to this matter being continued because of counsel's unavailability;

THE PARTIES HEREBY STIPULATE AS FOLLOWS:

1. The sentencing currently set for June 6, 2016 is hereby continued to August 10, 2016;

2. For the foregoing reasons, the parties stipulate that the period between April 13, 2016 to June 8, 2016 is properly excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(7)(A); (h)(7)(B)(i) and (h)(7)(B)(iv).

/s/ Cynthia Stier
CYNTHIA STIER
Assistant United States Attorney
Tax Division

/s/ Henry Wykowski
HENRY WYKOWSKI
Counsel for Rosa Lee Banuelos

## [PROPOSED] ORDER

GOOD CAUSE APPEARING, and in the interests of justice, it is hereby ordered that the hearing on Defendant's Sentencing, presently scheduled for April 13th, shall be continued to June 8, 2016 at 9:30 AM.

The period between April 13, 2016 and June 8, 2016 is excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(7)(A); (h)(7)(B)(i) and (h)(7)(B)(iv).

SO ORDERED

5/5/16                                                    _Saundra B Armstrong_
DATE                                                      **The Honorable Sandra B. Armstrong**